IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02169-AP

ALMA ARLENE LAPP,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Brett M. Busch
903 N. Cleveland Avenue, Suite A
Loveland, CO  80537
970-667-2898
Attorney for Plaintiff
brett@mbuschlaw.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:  August 13, 2013**

    **B.     Date Complaint Was Served on U.S. Attorney's Office: August 19, 2013**

    **C.     Date Answer and Administrative Record Were Filed: October 22, 2013**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due:  December 23, 2013**

      **B.      Defendant's Response Brief Due:  January 21, 2014**

      **C.      Plaintiff's Reply Brief (If Any) Due: February 5, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.      Defendant's Statement: Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.      (  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.      ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of November, 2013.

                                                          BY THE COURT:

                                                          *s/John L. Kane*
                                                          U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Brett M. Busch<br>Brett M. Busch<br>Busch Law Offices<br>903 N. Cleveland Avenue, Suite A<br>Loveland, CO  80537<br>970-667-29898<br>brett@mbuschlaw.com<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>Special Assistant U.S. Attorney<br>Social Security Administration, Region VIII<br>Office of the General Counsel<br>1961 Stout Street, Suite 4169<br>Denver, CO 80294-4003<br>303-844-2149<br>303-844-0770 (facsimile)<br>Allan.berger@ssa.gov<br>Attorneys for Defendant |