IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02169-CBS

ALMA ARLENE LAPP,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Craig B. Shaffer on September 3, 2014 , incorporated herein by reference, it is

    ORDERED that the Commissioner's final decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Alma Arlene Lapp.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear her own attorney fees and costs.

    DATED at Denver, Colorado this   3rd    day of September, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ M. Ortiz
    M.Ortiz, Deputy Clerk